May 28

Hello

Could I please Request 2 1983 forms, I have Two different complaints with The Jail Im In.

Both are with The medical department, also The Jail will not let me make any copys of The forms.

RECEIVED
JUN - 4 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

do I need to make 3 copys, of the forms. (what If I cant) I want to name the Jail as a whole and the whole medical department VPRJ

Thanks for your Help!

Jason McKown
9320 Merrimac tR
williamsburg, VA. 23185